Complaint

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 10 2016

MATTHEW J. DYKMAN
CLERK

16cv179 MV-Scy

PlaintiFF Dominic George Fernandez
DeFendant AIB, police Department and Internal AFFairs, Civilian police Oversight Agency, Bernalillo SherriFFs, Department A. Nm State police Internal AFFairs, Attorney Generals OFFice. Express Inn Motel

① In May 2012 police Arrived at Express Inn Motel on Central Ave and Nocked on Door right at the same time I was set up and getting raped BeFore that I had Left my room To go To Another upstairs when I got Back to My room I Entered got Hit in the Neck with Something it paralyzed Me Then Raped Then as I got Hit one man Mr. phillip Angelo, Angelo phillip thru me on Bed The person that Hit Me Then LeFt the room with another person under a white sheet Angelo phillip Brutally raped For who knows how Long Aproximately Estimated 1h½ Then put Dresser on My Foot I reapeteadly told him I had 7 kids and That I was a Man oF God He Told Me That I had raped his neFew 20 yrs ago and raped me The guy That Hit me was a man That I seen in my pod Well I was Working kitchen at MDC a couple years BeFore well Then The Door Nocked is was police I Then Felt SaFe and Continued to yell My Neck is Hurt and I JusT Been raped I was in a hurry to get out oF room Then police Tazed Me Beat me with oBject oF Some Sort again on Neck and Twisted Leg Again Then Hog Tied me and Thru me in police car I was then passing out and Coming Back Gargling on and in Back seat oF police car on The Floor in the car They Then Then I woke up Apparently 3 days Later in Hospital with Neck Brace Oxegen and Couldnt keep My Shit in My Ass I had To Be changed and changed Needed Toilet Bowl in Bed they gave me a potty bowl Then Developed rabdomyaliasis Nerve Damage and Its Documented at Unm Hospital and all thru my medical Here at Valencia County metropolitain Det center oF Long History oF Nerve Neck Damage No Feeling on Whole right side oF Body

March 3, 2016   #36 CourtHouse RD
Los Lunas, NM 87031  #26297/18802

Dominic George Fernandez

VALENCIA COUNTY DETENTION CENTER
436 COURTHOUSE RD
LOS LUNAS N.M. 87031

UNITED STATES DISTRICT
333 LOMAS BLVD
ALB. NM
87102
SUIT 270

RECEIVED
At Albuquerque NM
MAR 10 2016
MATTHEW J. DYKMAN
CLERK