IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DOMINIC GEORGE FERNANDEZ,

    Plaintiff,

  v.                                                                                      No. CV 16-00179-MV-SCY

ALBUQUERQUE POLICE DEPARTMENT,
INTERNAL AFFAIRS, CIVILIAN POLICE
OVERSIGHT AGENCY, BERNALILLO
SHERIFFS DEPARTMENT, NEW MEXICO
STATE POLICE, NEW MEXICO ATTORNEY
GENERALS OFFICE, EXPRESS INN MOTEL,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE